# In The United States Court of Federal Claims

## Cover Sheet

04-1414C

Plaintiff(s) or Petitioner(s)

The Directv Group, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Alexander F. Wiles

Firm Name: Irell & Manella LLP

Post Office Box:

Street Address: 1800 Avenue of the Stars, Suite 900

City-State-Zip: Los Angeles, CA 90067

Telephone & Facsimile Numbers: P: 310-277-1010; F: 310-203-7199

E-mail address: AWiles@irell.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Alleged non-compliance with Cost Accounting Standard 413.

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ Government Claim for $44,454,849 plus interest

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003