ORIGINAL

FILED
SEP - 3 2004
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TELEDYNE, INC., TELEDYNE INDUSTRIES, INC., TELEDYNE ELECTRONIC SYSTEMS, INC., and ALLEGHENY TELEDYNE, INC., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | 04-1414C<br>Nos. 96-782C, 97-792C, & 97-659C (consolidated) |

**Notice of Indirectly-Related Cases**

DIRECTV Group, Inc. ("DIRECTV"), has this day filed a suit in the United States Court of Federal Claims pursuant to the Contract Disputes Act of 1978. The suit arises from an alleged non-compliance with Cost Accounting Standard 413 in connection with two corporate transactions.

Pursuant to RCFC 40.2(b), DIRECTV provides this Notice that its suit is indirectly related to the following actions currently pending before this Court and assigned to Judge Firestone:

> Teledyne, Inc., Teledyne Industries, Inc., Teledyne Electronic Systems, Inc., and Allegheny Teledyne, Inc., v. United States, Nos. 96-782C, 97-792C, and 97-659C (consolidated)
>
> General Electric Co. v. United States, No. 99-172C
>
> General Motors Corp. v.United States, No. 00-40C
>
> Viacom Inc. v. United States, No. 01-79C.

The Complaint filed by DIRECTV presents issues of fact in common with the aforementioned pending cases, and transfer or assignment to the same Judge would significantly promote the efficient administration of justice. The issues in the DIRECTV suit are, to a significant extent, addressed by the August 9, 2001, decision of the Court in the *Teledyne* case. As in one of the transactions at issue in the *Teledyne* case, the DIRECTV Complaint relates to the treatment of pension costs incurred prior to the 1995 Amendments to Cost Accounting Standard 413 in connection with corporate transactions occurring subsequent to adoption of those Amendments. As in each of the above cases, resolution of the DIRECTV Complaint is dependant upon the original version of Cost Accounting Standard 413. That version of the Standard has subsequently been significantly amended, and consequently has little application to future transactions, or beyond the four pending actions referenced above, and this suit by DIRECTV.

The DIRECTV suit will involve many of the same factual issues regarding the regulatory history of CAS 413, and the mathematical calculations and methodology for treatment of pension costs in connection with corporate transactions that are at issue in those cases. Further, the DIRECTV suit will likely involve some of the same witnesses and experts as those pending cases.

Respectfully submitted,

Alexander F. Wiles
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Attorney of Record for
THE DIRECTV GROUP, INC.

OF COUNSEL:
Alan C. Brown
DUANE MORRIS LLP
1667 K Street N.W., Suite 700
Washington, DC 20006-1608
(202) 776-7893
(202) 776-7801 (fax)

M. Ruth M. Madrigal
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Dated: September 3, 2004

**Certificate of Service**

I hereby certify that on this 3rd day of September, 2004, I have served a copy of the foregoing Notice of Indirectly-Related Cases by mailing the same, postage prepaid, to:

Coleman Bird
Department of Justice
Civil Division, Commercial Litigation Branch
Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20005

Francis J. O'Toole
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, DC 20005

Harvey G. Sherzer
Dickstein Shapiro Morin & Oshinsky
2101 L Street NW
Washington, DC 20037-1526

Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street
Suite 200
Denver, CO 80202

Marcia G. Madsen
Mayer, Brown, Rowe & Maw LLP
1909 K Street N.W.
Washington, DC 20006-1101

Alan C. Brown