ORIGINAL

# In the United States Court of Federal Claims

No. 04-1414C

(Filed: September 9, 2004)

FILED
SEP - 9 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DIRECTV GROUP, INC.,**

Plaintiff,

v.

**UNITED STATES,**

Defendant

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with her concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Nancy Firestone.

Edward J. Damich

EDWARD J. DAMICH
Chief Judge