ORIGINAL

# In the United States Court of Federal Claims

FILED
SEP - 9 2004
U.S. COURT OF
FEDERAL CLAIMS

No. 04-1414C

**DIRECTV GROUP, INC.,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Nancy B. Firestone**

Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop
Brian Bishop, Clerk