**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States of America, respectfully requests an enlargement of time of 45 days (to and including December 17, 2004), within which to respond to plaintiff's Complaint, filed September 3, 2004. Absent the requested enlargement, defendant would be required to respond to the Complaint on or before November 2, 2004. RCFC 12(a). This is defendant's first request for an enlargement of time for this purpose. On October 26, 2004, undersigned counsel for defendant discussed defendant's planned motion with Alexander F. Wiles, Esq., counsel for plaintiff, who advised that plaintiff would not oppose the requested enlargement.

The grounds for the motion are that undersigned counsel for defendant has not yet received a litigation report from the agency. The agency's report is expected in approximately 10 days. The requested enlargement is needed in order to allow an adequate opportunity for defendant to review agency's litigation report, consider the allegations in plaintiff's Complaint, and prepare an appropriate response. Plaintiff's Complaint is lengthy (22 pages), and raises a

number of complicated issues regarding the proper interpretation and application of Cost Accounting Standard 413 to two separate transactions.

For the foregoing reasons, defendant respectfully requests that the Court enter an Order granting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

OF COUNSEL:

WILLIAM MANLEY
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

Dated: October 26, 2004

**CERTIFICATE OF FILING**

I hereby certify that on the 26th day of October, 2004, a copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird