**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION**
**FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, plaintiff, The DIRECTV Group, Inc., and defendant, the United States of America, jointly and respectfully request that the Court enter an order enlarging the time within which the parties may file their Joint Preliminary Status Report ("JPSR") by 21 days, to and including March 21, 2005. Absent the requested enlargement, the parties' JPSR would be due no later than February 28, 2005. *See* RCFC Appendix A, ¶ 4. This is the parties' first request for an enlargement of time within which to file their JPSR.

The grounds for the motion are that the parties are discussing and attempting to agree upon a procedure that would address and resolve, without the necessity of engaging in motion practice, the Government's objection to the Court's jurisdiction of the subject matter of plaintiff's claims regarding the Boeing transaction, one of the two segment closings referred to in plaintiff's complaint. The parties have agreed to discuss these issues further next week in an effort to reach agreement upon an approach, with a proposed schedule, that they could then propose for the Court's consideration. The brief enlargement requested will give the parties the opportunity to explore these possibilities and determine if agreement is possible. In this way, the

parties believe they will be able to provide a JPSR that will be of greater assistance to the Court in understanding the issues in the case and the parties' views on those issues and how the litigation of this case should proceed.

For the foregoing reasons, the parties jointly and respectfully request that the Court enter an order granting the requested enlargement of time.

Respectfully submitted,

s/ Alexander F. Wiles
Alexander F. Wiles
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

OF COUNSEL:

Alan C. Brown
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608

Dated: February 25, 2005

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorney for Defendant United States of America

OF COUNSEL:

William Manley
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of February, 2005, a copy of the foregoing Joint Motion for an Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird