# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: March 1, 2005)**

*** * * * * * * * * * * * * * * * ***
*****
**DIRECTV GROUP INC., ***
*****
**Plaintiff, ***
*****
**v. ***
*****
**THE UNITED STATES, ***
*****
**Defendant, ***
*****
*** * * * * * * * * * * * * * * * ***

**ORDER ON MOTION**

The parties' joint motion, filed February 25, 2005, for an enlargement of time within which to file the joint preliminary status report is **GRANTED**. Accordingly, the parties shall file their joint preliminary status report by **March 21, 2005**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges