04-1414C

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 9 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, Plaintiff, | ) | Civil Action No. 99-172C (Judge Firestone) |
| v. | ) | |
| UNITED STATES, Defendant. | ) | |

**NOTICE OF INDIRECTLY-RELATED CASES**

Unisys Corporation ("Unisys"), has this day filed a suit in the United States Court of Federal Claims pursuant to the Contract Disputes Act of 1978. The suit arises from an alleged non-compliance with Cost Accounting Standard ("CAS") 413.50(c)(12) in connection with a corporate transaction.

Pursuant to RCFC 40.2(B), Unisys provides this Notice that its suit is indirectly related to the following actions currently pending in this Court and assigned to Judge Firestone:

- General Electric Co. v. United States, No. 99-172C
- The DIRECTV Group, Inc. v. United States, No. 04-1414C[1]

[1] It is also possible that this suit is indirectly related to Teledyne, Inc., Teledyne Industries, Inc., Teledyne Electronic Systems, and Allegheny Teledyne, Inc. v. United States, Nos. 96-782C, 97-792C, and 97-659C (consolidated), but Unisys is not aware of any specific similar issues, and it is Unisys' understanding that the *Teledyne* case is stayed pending settlement.

The Complaint filed by Unisys presents issues of fact in common with the pending cases listed above, and transfer or assignment to the same Judge would significantly promote the efficient administration of justice. As in the transactions at issue in *DIRECTV* and *General Electric*, the resolution of the Unisys case is dependent on the original version of CAS 413. The original version of CAS 413 was significantly revised in 1995, and, consequently, has little application to future transactions, beyond those identified above and this suit by Unisys.

The primary issue in the Unisys case concerns what credit Unisys should be given for pension assets transferred to its successor in interest in the transaction at issue. We understand that exactly the same issue is present in both *DIRECTV* and *General Electric*. The Unisys suit will involve many of the same factual issues regarding the regulatory history and interpretation of CAS 413, as well as the mathematical calculations and methodology for treatment of pension costs in connection with corporate transactions that are at issue in those cases. Further, the Unisys suit will likely involve some of the same witnesses and experts on both sides as those in the pending cases.

Respectfully submitted,

Terry L. Albertson
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2635
Fax (202) 628-5116

Attorney of Record for Unisys Corporation

OF COUNSEL:
Amy E. Laderberg
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2563
Fax (202) 628-5116

Dated: March 9, 2005

## Certificate of Service

I hereby certify that on this 9th day of March, 2005, I have served a copy of the foregoing Notice of Indirectly-Related Cases by mailing the same, postage prepaid, to:

Coleman Bird
Department of Justice
Civil Division, Commercial Litigation Branch
Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005

Francis J. O'Toole
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, D.C. 20005

Harvey G. Sherzer
Dickstein Shapiro Morin & Oshinsky
2101 L Street, N.W.
Washington, D.C. 20037-1526

Alexander F. Wiles
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Terry L. Albertson