IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DIRECTV GROUP, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No: 04-1414C<br>(Judge Firestone) |

**[PROPOSED] ORDER GRANTING PLAINTIFF DIRECTV'S**

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

For the reasons set forth in plaintiff The DIRECTV Group, Inc.'s ("DIRECTV") unopposed Motion For Leave To File First Amended Complaint ("Motion"), and good cause having been shown therefore, DIRECTV'S Motion is GRANTED. DIRECTV is hereby granted leave to file its First Amended Complaint and to withdraw without prejudice its claim relating to the Boeing transaction (Counts II, V, and VII of its Complaint filed September 3, 2004).

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of March, 2005, a copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF DIRECTV'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Alexander F. Wiles