IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DIRECTV GROUP, INC.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No: 04-1414C<br>(Judge Firestone) |

**[PROPOSED] ORDER GRANTING PARTIES' JOINT SCHEDULING MOTION**

For the reasons set forth in plaintiff The DIRECTV Group, Inc. ("DIRECTV") and defendant United States of America's Joint Scheduling Motion ("Motion"), and good cause having been shown therefore, the parties' Motion is GRANTED. The Court hereby enters the following scheduling order:

**1.** All proceedings and deadlines in this case shall be stayed upon the Court's grant of leave to DIRECTV to file its First Amended Complaint.

**2.** This stay shall remain in place until 20 days after the Contracting Officer issues his final decision on DIRECTV's claim relating to the Boeing transaction or the deemed denial of that claim.

**3.** Within 10 days of the Contracting Officer's final decision on, or deemed denial of, DIRECTV's claim relating to the Boeing transaction, DIRECTV may seek leave to file a new amended complaint that reasserts DIRECTV's claim relating to the Boeing transaction. The Court understands that the United States has agreed not to oppose such a motion for leave to file an amended complaint unless it disagrees that there has been a final decision on DIRECTV's claim relating to the Boeing transaction, by deemed denial or

otherwise, by the Contracting Officer. Accordingly, DIRECTV shall advise the Court in its motion for leave whether it anticipates a dispute over that issue.

**4.** Due to the Stay, the United States need not file an answer to the First Amended Complaint at this time. If, after the stay is lifted, DIRECTV does not seek leave to file a new amended complaint, the United States shall answer or otherwise respond to the First Amended Complaint on the 40th day following the lifting of the stay. If DIRECTV does seek leave to file a new amended complaint, the United States shall have 30 days from the date that DIRECTV files its new amended complaint to answer or otherwise respond to DIRECTV's new amended complaint.

**5.** Other proceedings will follow in accordance with the rules from the filing by the United States of its answer and from DIRECTV's answer to any amended counterclaim.

**IT IS SO ORDERED.**

NANCY B. FIRESTONE
Judge

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of March, 2005, a copy of the foregoing **[PROPOSED] ORDER GRANTING PARTIES' JOINT SCHEDULING MOTION** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Alexander F. Wiles