# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: April 5, 2005)**

* * * * * * * * * * * * * * * * *

**The DIRECTV GROUP INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant,** *

* * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based on the parties' joint motion to stay the above-captioned case, the Court **ORDERS** as follows:

1. The above-captioned case is hereby **STAYED** upon the Court's grant of leave to the plaintiff to file its First Amended Complaint.

2. This stay shall remain in place until 20 days after the Contracting Officer issues a final decision on the plaintiff's claim relating to the Boeing transaction or the deemed denial of that claim.

3. Within 10 days of the Contracting Officer's final decision on, or deemed denial of, the plaintiff's Boeing transaction claims, the plaintiff may seek leave to file a new amended complaint that reasserts the plaintiff's Boeing transaction claims. The Court understands that the parties have agreed that the government will not oppose the plaintiff's motion for leave to file an amended complaint unless it disagrees that there has been a final decision on the plaintiff's Boeing transaction claim. The plaintiff will advise the Court in its motion for leave to file whether it anticipates a dispute over that issue.

4. Due to the Stay, the government need not file an answer to the First Amended Complaint at this time. If, after the stay is lifted, the plaintiff does not seek leave to file a new amended complaint, the government shall answer or otherwise respond to the First Amended Complaint on the 40th day following the lifting of the Stay. If the plaintiff does seek leave to file a new amended complaint, the government shall have 30 days from the date that the plaintiff files its new amended complaint to answer or otherwise respond to the plaintiff's new amended complaint.

5. Other proceedings will follow in accordance with the rules from the filing by the government of its answer and from the plaintiff's answer to any amended counterclaim.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges