# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: April 5, 2005)**

*** * * * * * * * * * * * * * * * ***
**DIRECTV GROUP INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant,** *
*** * * * * * * * * * * * * * * * ***

**ORDER ON MOTION FOR LEAVE**

Plaintiff's motion, filed March 18, 2005, for leave to file its first amended complaint and to withdraw without prejudice its claim relating to the Boeing transaction (Counts II, V, and VII of its September 3, 2004 complaint) is **GRANTED**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges