# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: October 14, 2005)**

*** * * * * * * * * * * * * * * * ***
**DIRECTV GROUP INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**
*** * * * * * * * * * * * * * * * ***

## O R D E R

The parties' joint motion, filed October 13, 2005, for a 14-day enlargement of time within which to file a joint preliminary status report is **GRANTED**. Accordingly, the parties shall file their joint preliminary status report by **October 27, 2005**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge