# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: October 28, 2005)**

*** * * * * * * * * * * * * * * * ***

**DIRECTV GROUP INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant,** *

*** * * * * * * * * * * * * * * * ***

**O R D E R**

The court is in receipt of the parties' joint preliminary status report, filed October 29, 2005, in which the parties request a five-month stay of proceedings in order to allow them to pursue settlement discussions. The parties' request is **GRANTED**. Accordingly, the above captioned case is **STAYED** until **Monday, March 27, 2006**. The parties shall file joint status reports on **Friday, January 13, 2006** and on **Monday, March 27, 2006**, indicating the progress made towards settlement.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge