**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

On October 28, 2005, this Court issued an order staying this case as requested by the parties until March 27, 2006, to allow time for them to attempt to resolve this case. The Court directed the parties to file on January 13, 2006, a joint status report indicating the progress being made towards settlement. Pursuant to that Order plaintiff, The DirecTV Group, Inc. ("DirecTV), and defendant, the United States of America (the "Government" or "defendant") respectfully submit the following Joint Status Report.

In their Joint Preliminary Status Report filed on October 27, 2005, the parties informed the Court that they were discussing the possibility of attempting to resolve this case by agreement. As the Court is aware, the principal issue that divides the parties relates to the proper allocation of pension assets to the business segments sold by DirecTV in 1997 and 2000. On January 2, 2006, DirecTV provided to the Government the results of an actuarial analysis that it believes to be a reasonable estimate of what the allocation of pension assets to those segments would have been if DirecTV had followed the Government's methodology. That analysis also contains DirecTV's estimate of how much DirecTV would owe the Government by way of a segment closing adjustment if the Court were to accept the Government's methodology for

allocating pension assets and uphold the Government's position on all of the other issues in this case. On January 9, 2006, actuaries representing DirecTV and the Government met to go over that analysis in detail. The Government actuaries are now reviewing DirecTV's actuarial analysis, and the Government anticipates that they will have questions about it. DirecTV has represented that its actuaries will remain available to answer questions. The Government anticipates that it will take approximately two months for the Government to test, confirm and verify the work of DirecTV's actuaries. At that point, the parties plan to confer specifically about the possibility of resolving this dispute.

Pursuant to the Court's October 28, 2005 order, the parties will file an additional status report on March 27, 2006.

Respectfully submitted,

s/ Alexander F. Wiles
ALEXANDER F. WILES
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

ALAN C. BROWN
Duane Morris LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006-1608

Dated: January 13, 2006

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

William Manley
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

**CERTIFICATE OF FILING**

I hereby certify that on the 13th day of January, 2006, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird