# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: March 29, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **DIRECTV GROUP INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant,** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

The parties' joint motion, filed March 27, 2006, for a 14-day enlargement of time within which to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Tuesday, April 10, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge