# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: April 14, 2006)**

* * * * * * * * * * * * * * * * * 

**DIRECTV GROUP INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * * 

**O R D E R**

The parties' joint motion, filed April 7, 2006, for a 21-day enlargement of time within which to file their joint preliminary status report is **GRANTED**. Accordingly, the parties shall file the joint preliminary status report by **Monday, May 1, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge