# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: May 5, 2006)**

* * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed May 1, 2006, for a 14-day enlargement of time within which to file their joint status report is **GRANTED**. Accordingly, the parties shall file the joint status report by **Monday, May 15, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_