IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, plaintiff, The DirecTV Group, Inc., and defendant, the United States, respectfully request an enlargement of time of 45 days (to and including June 29, 2006) within which they may file their Joint Status Report regarding the progress made towards settlement. Absent the requested enlargement, the parties' Joint Status Report would be due on May 15, 2006. See Order dated May 5, 2006. This is the parties' fourth request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to continue their discussions and prepare the required Joint Status Report. As the parties have previously advised the Court, on January 2, 2006, plaintiff provided a detailed actuarial analysis to the Government, and the following week, the parties' actuaries met to review that analysis. See Joint Status Report filed January 13, 2006, at 1. After further review of plaintiff's analysis, the Government's actuaries prepared a number of requests for information that they believe they would need in order to complete their assessment of plaintiff's analysis. These requests for information were forwarded by Government counsel to plaintiff's counsel on

March 25, 2006. DirecTV expressed concerns over the breadth of the request. On April 27, 2006, the parties conferred over the scope of these requests and Government counsel stated that the Government would provide DirecTV with a narrowed request for information. After Government counsel narrowed the requests for information, the parties made substantial progress in their discussions regarding the scope of the information that DirecTV would provide, and anticipate reaching agreement on this point perhaps as early as this week. The requested additional time will allow the parties to complete their discussions and, if they can reach agreement upon the information that DirecTV would provide, would also allow the process of information exchange to commence. The additional time would also the parties to submit a Joint Status Report concerning their progress towards settlement that reflects the results of their discussions.

The Court's Order dated October 28, 2005, also granted the parties' joint request for a stay of all proceedings in this case. The parties jointly request that the Court continue this stay to and including June 29, 2006.

For the foregoing reasons, the parties jointly and respectfully request that the Court enter an order granting the requested enlargement of time, and continuing the stay of this case, to and including June 29, 2006.

Respectfully submitted,

s/ Alexander F. Wiles
ALEXANDER F. WILES
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

ALAN C. BROWN
Enterprise Business Law Group LLC
8270 Greensboro Drive
McLean, VA 22102

Dated: May 15, 2006

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

William Manley
Trial Attorney
Defense Contract Management Agency
495 Summer Street
Boston, MA 02210

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of May, 2006, a copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird