# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: May 17, 2006)**

* * * * * * * * * * * * * * * * *
**DIRECTV GROUP INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant,** *
* * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed May 15, 2006, for a 45-day enlargement of time within which to file their joint status report is **GRANTED**. Accordingly, the parties shall file the joint status report by **Thursday, June 29, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_