# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: June 30, 2006)**

* * * * * * * * * * * * * * * * * *

**DIRECTV GROUP INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed June 29, 2006, requesting a 28-day enlargement of time within which to file their joint status report and requesting that the proceedings remain stayed is **GRANTED**. Accordingly, the above captioned-case remains **STAYED**. The parties shall file the joint status report by **Thursday, July 27, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_