# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **THE DIRECTV GROUP, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 04-1414C**<br>**(Judge Firestone)** |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 28 days (to and including August 24, 2006) within which to file a Joint Status Report regarding the progress made towards settlement. Pursuant to this Court's order dated June 30, 2006, the parties' Joint Status Report would be due on July 27, 2006. Plaintiff, The DirecTV Group, Inc. does not oppose this motion for enlargement of time. This is the parties' fifth request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to continue their discussions and prepare the required Joint Status Report. As the parties have previously advised the Court, on January 2, 2006, plaintiff provided a detailed actuarial analysis to the Government, and the following week, the parties' actuaries met to review that analysis. See Joint Status Report filed January 13, 2006, at 1. After further review

of plaintiff's analysis, the Government's actuaries prepared a number of requests for information that they believe they would need in order to complete their assessment of plaintiff's analysis.

These requests for information were forwarded by Government counsel to plaintiff's counsel on March 25, 2006. The parties met and conferred regarding the scope of the Government's requests, and on June 21, 2006 DirecTV forwarded to Government counsel additional information relating to the basis for DirecTV's January 2, 2006, actuarial analysis so that the Government could develop a draft sampling plan for assessing that analysis. The requested additional time will allow the parties to agree upon a final sampling plan that will enable Government's actuaries to complete their assessment of DirecTV's analysis. The additional time would also allow the parties to submit a Joint Status Report concerning their progress towards settlement that reflects the results of their discussions.

The Court's Order dated October 28, 2005, also granted the parties' joint request for a stay of all proceedings in this case. Defendant respectfully requests that the Court continue this stay to and including August 24, 2006.

For the foregoing reasons, defendant respectfully request that the Court enter an order granting the requested enlargement of time, and continuing the stay of this case, to and including August 24, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/C. Coleman Bird by
s/ David D'Alessandris
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

July 27, 2006

Attorneys for Defendant
United States of America

OF COUNSEL:

Lawrence S. Rabyne
Trial Attorney
Defense Contract Management Agency
1523 W. Central Road
Arlington Heights, IL 60005

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of July, 2006, a copy of the foregoing Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.