**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 47 days (to and including October 10, 2006) within which the parties may file their Joint Status Report regarding the progress made towards settlement. Absent the requested enlargement, the parties' Joint Status Report would be due on August 24, 2006. *See* Order dated July 31, 2006. Undersigned counsel for defendant has been authorized by counsel for plaintiff DirecTV Group, Inc. ("DirecTV") to represent to the Court that plaintiff does not oppose this motion. This is the parties' sixth request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to continue their discussions and prepare the required Joint Status Report. As the parties have previously advised the Court, on January 2, 2006, plaintiff provided a detailed actuarial analysis to the Government, and the following week, the parties' actuaries met to review that analysis. *See* Joint Status Report filed January 13, 2006, at 1. After further review of plaintiff's analysis, the Government's actuaries prepared a number of requests for information that they believe they would need in order to complete their assessment of plaintiff's analysis.

These requests for information were forwarded by Government counsel to plaintiff's counsel on March 25, 2006. The parties met and conferred over the scope of these requests and, on June 21, 2006, DirecTV forwarded to Government counsel additional information relating to the basis for DirecTV's January 2, 2006 actuarial analysis so that the Government could develop a draft sampling plan for assessing that analysis. The Government has developed its sampling plan and has shared it with DirecTV and DirecTV's former actuaries, and the sampling is scheduled to take place on August 28-29, 2006. The requested additional time both will allow the Government to review the results of the proposed sampling and complete its assessment of DirecTV's actuarial analysis, and will allow the parties then to have further discussions regarding the possibility of settlement and to submit a Joint Status Report that reflects the results of those discussions.

The Court's Order dated October 28, 2005, also granted the parties' joint request for a stay of all proceedings in this case, and that stay has been continued by further order of the Court. *See, e.g.*, Order dated July 31, 2006. Defendant respectfully requests that the Court continue this stay to and including October 10, 2006.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time, and continuing the stay of this case, to and including October 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/Franklin E. White
DAVID M. COHEN
Director

OF COUNSEL:

LAWRENCE S. RABYNE
Trial Attorney
Defense Contract Management Agency
1523 West Central Road
Arlington Heights, Illinois 60005

Dated: August 24, 2006

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

**CERTIFICATE OF FILING**

I hereby certify that on the 24th day of August, 2006, a copy of the foregoing Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird