# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: August 28, 2006)**

* * * * * * * * * * * * * * * * *
**DIRECTV GROUP INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**
* * * * * * * * * * * * * * * * *

## O R D E R

The defendant's unopposed motion, filed August 24, 2006, requesting a 47-day enlargement of time within which to file a joint status report and requesting that the proceedings remain stayed is **GRANTED**. Accordingly, the above captioned-case remains **STAYED**. The parties shall file a joint status report by **Tuesday, October 10, 2006**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_