**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 31 days (to and including December 15, 2006) within which the parties may file their Joint Status Report regarding the progress made towards settlement. Absent the requested enlargement, the parties' Joint Status Report would be due on November 14, 2006. *See* Order dated October 25, 2006. Undersigned counsel for defendant has been authorized by counsel for plaintiff DirecTV Group, Inc. ("DirecTV") to represent to the Court that plaintiff does not oppose this motion. This is the parties' ninth request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to continue their discussions and prepare the required Joint Status Report. As the parties have previously advised the Court, on January 2, 2006, plaintiff provided a detailed actuarial analysis to the Government, and the following week, the parties' actuaries met to review that analysis. *See* Joint Status Report filed January 13, 2006, at 1. After further review of plaintiff's analysis, the Government's actuaries prepared a number of requests for information

that they believe they would need in order to complete their assessment of plaintiff's analysis. These requests for information were forwarded by Government counsel to plaintiff's counsel on March 25, 2006. The parties met and conferred over the scope of these requests and, on June 21, 2006, DirecTV forwarded to Government counsel additional information relating to the basis for DirecTV's January 2, 2006 actuarial analysis so that the Government could develop a draft sampling plan for assessing that analysis. The Government developed its sampling plan and shared it with DirecTV and DirecTV's former actuaries. The parties are discussing the sampling procedures to be followed (including the data to be sampled), and hope to be able to reach agreement on these matters in the near future. The requested additional time will allow the parties to determine whether they will be able to reach agreement upon sampling procedures, and to submit a Joint Status Report that reflects the results of their discussions. The parties have agreed to meet and confer on December 8, 2006 on a Joint Status Report unless both parties agree that meaningful progress has been made in this regard.

The Court's Order dated October 28, 2005, also granted the parties' joint request for a stay of all proceedings in this case, and that stay has been continued by further order of the Court. *See, e.g.*, Order dated October 25, 2006. Defendant respectfully requests that the Court continue this stay to and including December 15, 2006.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time, and continuing the stay of this case, to and including December 15, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States of America

OF COUNSEL:

LAWRENCE S. RABYNE
Trial Attorney
Defense Contract Management Agency
1523 West Central Road
Arlington Heights, Illinois 60005

Dated: November 14, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 14th day of November, 2006, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird