# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: December 18, 2006)**

* * * * * * * * * * * * * * * * *
**DIRECTV GROUP INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant,** *
* * * * * * * * * * * * * * * * *

## O R D E R

The defendant's unopposed motion, filed December 15, 2006, requesting a 31-day enlargement of time within which to file a joint status report and requesting that the proceedings remain stayed is **GRANTED**. Accordingly, the above captioned-case remains **STAYED**. The parties shall file a joint status report by **Tuesday, January 16, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_