# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: January 17, 2007)**

* * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The defendant's unopposed motion, filed January 16, 2007, requesting a 45-day enlargement of time within which to file a joint status report and requesting that the proceedings remain stayed is **GRANTED**. Accordingly, the above captioned-case remains **STAYED**. The parties shall file a joint status report by **Thursday, March 1, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_