# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: March 2, 2007)**

* * * * * * * * * * * * * * * * *

**DIRECTV GROUP INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

**O R D E R**

The defendant's unopposed motion, filed March 1, 2007, requesting a 46-day enlargement of time within which to file a joint status report and requesting that the proceedings remain stayed is **GRANTED**. Accordingly, the above captioned-case remains **STAYED**. The parties shall file a joint status report by **Monday, April 16, 2007**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_