**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 48 days (to and including June 1, 2007) within which the parties may file their Joint Status Report regarding the progress made towards settlement. Absent the requested enlargement, the parties' Joint Status Report was due on April 16, 2007.[1] See Order dated March 2, 2007. Undersigned counsel for defendant was authorized by counsel for plaintiff DirecTV Group, Inc. ("DirecTV") on April 17, 2007, to represent to the Court that plaintiff does not oppose this motion. This is the parties' thirteenth request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to continue their discussions and prepare the required Joint Status Report. As the parties have previously advised the Court, on January 2, 2006, plaintiff provided a detailed

[1] Defendant is filing this motion two days after the April 16, 2007 deadline because, by inadvertence, undersigned counsel for defendant failed to enter upon his calendar the April 16 date. Defendant regrets any inconvenience resulting from the untimely submission of this motion.

actuarial analysis to the Government, and the following week, the parties' actuaries met to review that analysis. *See* Joint Status Report filed January 13, 2006, at 1. After further review of plaintiff's analysis, the Government's actuaries prepared a number of requests for information that they believe they would need in order to complete their assessment of plaintiff's analysis. These requests for information were forwarded by Government counsel to plaintiff's counsel on March 25, 2006. The parties met and conferred over the scope of these requests and, on June 21, 2006, DirecTV forwarded to Government counsel additional information relating to the basis for DirecTV's January 2, 2006 actuarial analysis so that the Government could develop a draft sampling plan for assessing that analysis. The Government developed its sampling plan and shared it with DirecTV and DirecTV's former actuaries. After the parties agreed upon the sampling procedures to be followed, the sampling procedures were completed. The Government expects to receive within the next two weeks an internal report and analysis of the results of the sampling. After the Government has completed its review of this report, the parties anticipate discussing a possible resolution of this case by agreement, without the need of further proceedings. The requested additional time is needed to allow the parties to continue their discussions towards such a resolution.

The Court's Order dated October 28, 2005, also granted the parties' joint request for a stay of all proceedings in this case, and that stay has been continued by further order of the Court. *See, e.g.*, Order dated March 2, 2007. Defendant respectfully requests that the Court continue this stay to and including June 1, 2007.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time, and continuing the stay of this case, to and including June 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

LAWRENCE S. RABYNE
Trial Attorney
Defense Contract Management Agency
1523 West Central Road
Arlington Heights, Illinois 60005

Dated: April 18, 2007

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of April, 2007, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird