**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests an enlargement of time of 40 days (to and including August 24, 2007) within which the parties may file their Joint Status Report regarding the progress made towards settlement. Absent the requested enlargement, the parties' Joint Status Report would be due on July 16, 2007. See Order dated June 1, 2007. Undersigned counsel for defendant has been authorized by counsel for plaintiff DIRECTV Group, Inc. ("DIRECTV") to represent to the Court that plaintiff does not oppose this motion. This is the parties' fifteenth request for an enlargement of time for this purpose.

The requested enlargement is needed in order to allow the parties an adequate opportunity to continue their discussions and prepare the required Joint Status Report. As the parties have previously advised the Court, on January 2, 2006, plaintiff provided a detailed actuarial analysis to the Government, and the following week, the parties' actuaries met to review that analysis. *See* Joint Status Report filed January 13, 2006, at 1. After further review of plaintiff's analysis, the Government's actuaries prepared a number of requests for information

that they believe they would need in order to complete their assessment of plaintiff's analysis. These requests for information were forwarded by Government counsel to plaintiff's counsel on March 25, 2006. The parties met and conferred over the scope of these requests and, on June 21, 2006, DIRECTV forwarded to Government counsel additional information relating to the basis for DIRECTV's January 2, 2006 actuarial analysis so that the Government could develop a draft sampling plan for assessing that analysis. The Government developed its sampling plan and shared it with DIRECTV and DIRECTV's former actuaries. After the parties agreed upon the sampling procedures to be followed, the sampling procedures were completed. On May 30, 2007, the Government received an internal report and analysis of the results of the sampling.

On July 12, 2007, the parties had a substantive settlement discussion by telephone conference call, and agreed that it would be useful to have a further meeting that would include each party's actuaries. The parties are attempting to schedule this meeting in Washington, D.C. at the end of July (July 26 or 30 are the possible dates being considered at this point). The requested additional time is needed to allow the parties to continue their discussions towards an amicable resolution of this case, without the need for further proceedings.

The Court's Order dated October 28, 2005, also granted the parties' joint request for a stay of all proceedings in this case, and that stay has been continued by further order of the Court. *See, e.g.*, Order dated June 1, 2007. Defendant respectfully requests that the Court continue this stay to and including August 24, 2007.

For the foregoing reasons, defendant respectfully requests that the Court enter an order granting the requested enlargement of time, and continuing the stay of this case, to and including August 24, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965

Attorneys for Defendant United States

OF COUNSEL:

LAWRENCE S. RABYNE
Trial Attorney
Defense Contract Management Agency
1523 West Central Road
Arlington Heights, Illinois 60005

Dated: July 16, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 16th day of July, 2007, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird