# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: November 27, 2007)**

* * * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Friday, November 30, 2007 at 11:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (310) 277-1010; counsel for defendant at (202) 307-0453. Also participating on the call will be Alan C. Brown, of counsel for plaintiff, (703) 584-3255 and Larry Rabyne, agency counsel for defendant, (224) 624-8212.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_