# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: November 30, 2007)**

* * * * * * * * * * * * * * * * * *

**DIRECTV GROUP INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * * *

**O R D E R**

As discussed in the November 30, 2007 Status Conference in the above-captioned case, the parties shall file a Joint Status Report by **Monday, January 7, 2008** including the following:

1. A discovery schedule to be completed no later than **Wednesday, April 30, 2008**; and

2. A summary judgment briefing schedule providing for the plaintiff's opening brief to be filed no later than **Monday, June 2, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge