# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: January 14, 2008)**

* * * * * * * * * * * * * * * * *

**DIRECTV GROUP INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Friday, January 18, 2008 at 2:00 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (310) 203-7659; counsel for defendant at (202) 307-0453. Also participating on the call will be Alan C. Brown, of counsel for plaintiff, (703) 584-3255 and Larry Rabyne, agency counsel for defendant, (224) 625-8212.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_