# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: January 22, 2008)**

* * * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

After consideration of the parties' individual status reports, each filed on January 7, 2008, and of representations made by the parties during the January 18, 2008 status conference, the court hereby **ORDERS** the following:

1. The parties shall complete limited fact discovery with regard to the determination of the government's Teledyne share in the surplus pension assets by **Monday, June 2, 2008**. Any fact discovery related to the value that should be accorded the surplus transfer, and any expert discovery related to the surplus transfer issue, shall not commence until after this court issues a decision on the surplus transfer issue in General Electric Co. v. United States, Case No. 99-172C. After the court issues its decision in General Electric, the court will contact the parties to schedule a status conference.

2. The parties shall complete fact and expert discovery related to the segment accounting issue by **Monday, June 2, 2008**. The plaintiff shall file its motion for summary judgment on the segment accounting issue by **Thursday, July 3, 2008**. The government shall file its cross-motion for summary judgment on the segment accounting issue, and its response to the

plaintiff's motion, by **Thursday, August 7, 2008**. All remaining briefs on the segment accounting issue shall be filed in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge