IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DIRECTV GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1414C |
| | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of 42 days (to and including May 12, 2008) within which to serve its response to plaintiff's First Requests for Admissions, Interrogatories, and Requests for Production, served by mail on February 27, 2008 ("Plaintiff's First Discovery Requests"). Absent the requested enlargement, defendant would be required to file its response on or before March 31, 2008. *See* RCFC 33(b)(3), 34(b), 36(a), 6(e). This is defendant's first request for an enlargement of time for this purpose. On March 28, 2008, counsel for defendant discussed defendant's motion with Alexander F. Wiles, Esq., counsel for plaintiff, who stated that plaintiff would oppose the motion.[1]

[1] Plaintiffs indicated that they would not oppose an enlargement of three weeks. Plaintiffs also indicated that they would consent to a five week

The grounds for the motion are that it will not be possible to complete the preparation of defendant's responses by the current due date (March 31, 2008). Through an apparent ministerial oversight, plaintiffs served their discovery requests by first-class mail, without e-mailing or faxing a courtesy copy. Due to continuing problems with mail delivery to Government offices in Washington, D.C., defendant did not receive plaintiff's discovery requests until March 11, 2008. Thus, without an enlargement, defendants will be permitted less than three weeks to respond.

Additionally, defendant requires additional time to respond due to the scope and complexity of Plaintiff's First Discovery Requests, which consist of 11 separate requests for admission, 7 interrogatories, and 16 requests for production of documents. Moreover, counsel of record for the United States will be required to devote substantial time to preparing for, and participating in the evidentiary hearing in *General Electric Co. v. United States*, Fed. Cl. No. 99-172C, scheduled for April 24, and 25, 2008. The requested enlargement is necessary to permit an adequate opportunity to complete the preparation of defendant's response to these discovery requests.

---

enlargement; however, this consent was contingent upon our agreement to unacceptable conditions.

For the foregoing reasons, defendant respectfully requests that the Court enter an Order granting the requested enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

OF COUNSEL:

LAWRENCE S. RABYNE
Defense Contract Management Agency
1523 W. Central Rd.
Arlington Heights, IL 60005

s/ C. Coleman Bird
by s/ David D'Alessandris
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20005
Telephone: 202.307.0453
Facsimile: 202.514.7965

Dated: March 31, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 31st day of March, 2008, a copy of the foregoing Defendant's Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird by s/David D'Alessandris