# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: April 3, 2008)**

* * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the defendant's motion, filed March 31, 2008, for an enlargement of time to respond to plaintiff's discovery requests. Plaintiffs does not oppose an enlargement of three weeks but does not consent to a five week enlargement. Defendant's motion is **Granted-in-Part and Denied-in-Part**. Defendant shall serve its response to plaintiff's discovery requests by **Monday, April 21, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_