# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: May 5, 2008)**

* * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Based on the status conference held May 5, 2008, the court rules on the plaintiff's motions (1) to compel responses to interrogatories and for the production of documents and (2) to determine sufficiency of defendant's response to plaintiff's first set of requests for admission ("RFAs") as follows:

Both parties shall complete all non-deposition discovery by **Thursday, May 22, 2008**, so that all depositions may be completed by the **Monday, June 2, 2008** deadline. Specifically, the government shall update its answers to all interrogatories and produce all documents as the information becomes available and no later than **May 22, 2008**. In addition, based on the government's representation at the status conference that it is prepared to respond to RFA Nos. 3-7, the government shall do so immediately, and the government shall update its responses to RFA Nos. 1, 2, and 8-12 as the information becomes available and no later than **May 22, 2008**. Similarly, the plaintiff shall produce all documents as they become available and no later than **May 22, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge