IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DIRECTV GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No: 04-1414C<br>(Judge Firestone) |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, The DirecTV Group, Inc. ("DIRECTV"), respectfully requests that the Court extend by twenty-one (21) days the various discovery deadlines set by the Court in its orders of January 22, 2008, and May 5, 2008, and in the briefing schedule for motions for summary judgment on the segment accounting issue set by the Court in its January 22, 2008 order. The undersigned counsel for DIRECTV has been authorized by counsel for defendant, the United States of America ("the Government"), to represent to the Court that the Government does not oppose this motion. The parties agreed shortly after receipt of the Court's May 5, 2008 order to make this request in order to permit them time to discuss the ramifications for future proceedings in this case of the Government's May 5 discovery responses and the Court's comments at the May 5, 2008 status conference.

Specifically, the parties request that the Court extend the deadline set in its May 5, 2008 order to complete document production from May 22, 2008 to June 12, 2008; extend the deadline for the Government to respond to DIRECTV's interrogatories and requests for

admission from May 22, 2008 to June 12, 2008; extend the discovery cutoff set by the Court in its January 22, 2008 order from June 2, 2008 to June 23, 2008; extend the time for filing of DIRECTV's summary judgment motion on the segment accounting issue from July 3, 2008 to July 24, 2008; and extend the time for filing of the Government's cross-motion and response from August 7, 2008 to August 28, 2008. The Government has already agreed to extend the time within which DIRECTV must serve written responses to its interrogatories and document requests by twenty-one (21) days, which DIRECTV interprets as having extended the deadline to May 29, 2008.

Good cause exists for this extension because the parties have used, and are continuing to use, the three week period beginning with May 7, 2008 to discuss the future course of the case in light of the developments on May 5, 2008. Both parties request this extension.

s/ Alexander F. Wiles
Alexander F. Wiles
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Attorneys of Record for
THE DIRECTV GROUP, INC.

OF COUNSEL:
Alan C. Brown
ENTERPRISE BUSINESS LAW GROUP LLC
8405 Greensboro Drive, Suite 210
McLean, VA 22102
(703) 584-3255
(703) 848-8333 (fax)

Alan J. Heinrich
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010
(310) 203-7199 (fax)

Dated: May 22, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 22nd day of May, 2008, a copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Alexander F. Wiles
Alexander F. Wiles
IRELL & MANELLA LLP