**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE DIRECTV GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1414C** |
| | ) | **(Judge Firestone)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, defendant, the United States, respectfully requests that the Court enter an order granting enlargements as shown below of the remaining dates in the Court's order dated May 28, 2008. We request the following modified schedule (for the Court's convenience, the current dates are set forth in brackets next to the requested dates):

| | |
|---|---|
| July 7, 2008 [June 12, 2008] | Parties to complete document production |
| July 7, 2008 [June 12, 2008] | Deadline for the government to respond to plaintiff's interrogatories and requests for admission |
| July 31, 2008 [June 23, 2008] | Close of discovery |
| August 22, 2008 [July 24, 2008] | Plaintiff's motion for summary judgment |
| September 26, 2008 [August 28, 2008] | Defendant's cross-motion and response |

Absent the requested enlargements, the parties would be required to meet the schedule set forth in brackets above. See Order dated May 28, 2008. This is defendant's first request for enlargements of the deadlines set forth in the Court's May 28 order. On June 12, 2008, undersigned counsel for defendant discussed this motion with Alexander F. Wiles, Esq., counsel for plaintiff The DIRECTV Group Inc., who advised that plaintiff would not oppose the motion.

The grounds for the motion are that the parties need the additional time to continue their discussions of the future course of the case in light of the developments on May 5, 2008. Both parties request these enlargements.

For the foregoing reasons, we respectfully request that the Court enter an order granting the requested enlargements of time, and revising the schedule set forth in the May 28 order as set forth above.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk Manhardt
by s/ Franklin E. White
KIRK MANHARDT
Assistant Director

s/ C. Coleman Bird
C. COLEMAN BIRD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: 202.307.0453
Facsimile: 202.514.7965
E-Mail: Coleman.Bird@usdoj.gov
Attorneys for Defendant United States

OF COUNSEL:

LAWRENCE S. RABYNE
Trial Attorney
Defense Contract Management Agency
1523 West Central Road
Arlington Heights, Illinois 60005

Dated: June 12, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 12th day of June, 2008, a copy of the foregoing Defendant's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ C. Coleman Bird