# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: June 24, 2008)**

* * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's unopposed motion, filed June 12, 2008, for an enlargement of time to extend the discovery and briefing schedules is **GRANTED**. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **July 7, 2008** | Parties to complete document production. |
| **July 7, 2008** | Deadline for government to respond to plaintiff's interrogatories and requests for admission. |
| **July 31, 2008** | Close of Discovery. |
| **August 22, 2008** | Plaintiff's motion for summary judgment. |
| **September 26, 2008** | Defendant's cross-motion and response. |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge