# In the United States Court of Federal Claims

**No. 99-172C, No. 00-40C, No. 01-79C, No. 04-1414C, No. 05-281C, No. 05-448C**
**(Filed: June 30, 2008)**

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * | | |
| **CBS CORPORATION,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **No. 01-79C** |
| **v.** | * | |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * * * * * | | |
| **DIRECTV GROUP INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 04-1414C** |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant,** | * | |
| * * * * * * * * * * * * * * * * * * | | |
| **GENERAL ELECTRIC CO.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 99-172C** |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant,** | * | |
| * * * * * * * * * * * * * * * * * * | | |
| **GENERAL MOTORS CORPORATION,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 00-40C** |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant,** | * | |
| * * * * * * * * * * * * * * * * * * | | |

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **RAYTHEON COMPANY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 05-448C** |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant,** | * | |

* * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **UNISYS CORPORATION,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **No. 05-281C** |
| | * | |
| **THE UNITED STATES,** | * | |
| | * | |
| **Defendant,** | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

As discussed during the June 27, 2008 status conference held in Raytheon v. United States, Case No. 05-448C, the attorneys in all of the above-captioned CAS 413 cases shall be granted, upon proper request, access to briefs, expert testimony, and expert depositions that are subject to the protective orders in all of the above-captioned cases.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge