# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: July 18, 2008)**

* * * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * * *

## O R D E R

Defendant's unopposed motion, filed July 15, 2008, for entry of a protective order is **GRANTED**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_