**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIRECTV GROUP INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 04-1414c<br>(Judge Firestone) |

**CBS CORPORATION'S APPLICATION FOR ADMISSION TO PROTECTIVE ORDER**

CBS Corporation ("CBS") respectfully submits this Application for Admission to the Protective Order dated July 18, 2008, in the above-captioned case ("Protective Order"). On July 18, 2008, the Court entered a Protective Order governing the disclosure of protected documents and/or information produced by Plaintiff or Defendant during the course of litigation. On June 30, 2008, the Court entered an Order in *General Electric Company v. United States,* Case No. 99-172C, stating:

> As discussed during the June 27, 2008 status conference held in Raytheon v. United States, Case No. 05-448C, the attorneys in all of the above-captioned CAS 413 cases shall be granted, upon proper request, access to briefs, expert testimony, and expert depositions that are subject to the protective orders in all of the above-captioned cases.

In this regard, outside counsel for CBS, Thomas A. Lemmer, Herbert L. Fenster and Mark J. Meagher seek admission to the Protective Order to obtain access to briefs, expert testimony and expert depositions that are subject to the Protective Order. The Protective Order states that any person, including a person who the Court directs to have

access to the documents and information covered by the Protective Order, to whom Confidential Information is disclosed shall execute an agreement in the form of the confidentiality agreement attached hereto as Exhibit A. Attached as Exhibit A are executed Declarations by Thomas A. Lemmer, Herbert L. Fenster and Mark J. Meagher.

Counsel for CBS is prepared to comply with the Protective Order entered in this case and respectfully requests that the Court grant the admission of Thomas A. Lemmer, Herbert L. Fenster and Mark J. Meagher to the Protective Order dated July 18, 2008.

Respectfully submitted this 21st day of July, 2008.

s/Thomas A. Lemmer
Thomas A. Lemmer
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEYS FOR CBS CORPORATION

Of Counsel:

Herbert L. Fenster
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, DC 20006

Mark J. Meagher
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202

Eric J. Sobczak
CBS Corporation
Law and Environmental Affairs
11 Stanwix Street
Pittsburgh, PA 15222-1384

DN:32145804.1