# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIRECTV GROUP INC.<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 04-1414c<br>(Judge Firestone) |

## DECLARATION OF THOMAS A. LEMMER

1. My name is Thomas A. Lemmer.

2. My business is law.

3. My present employer is McKenna Long & Aldridge LLP.

4. My present occupation or job description is attorney.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

EXHIBIT A

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of July, 2008.

Thomas A. Lemmer

STATE OF COLORADO )
)ss.
CITY AND COUNTY OF DENVER )

Subscribed and sworn to before me this 21st day of July, 2008, by Thomas A. Lemmer.

My commission expires: July 14, 2011

Notary Public

STACEY A. GUSTUS NOTARY PUBLIC STATE OF COLORADO

DN:3214585.1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIRECTV GROUP INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 04-1414c<br>(Judge Firestone) |

**DECLARATION OF HERBERT L. FENSTER**

1. My name is Herbert L. Fenster.

2. My business is law.

3. My present employer is McKenna Long & Aldridge LLP.

4. My present occupation or job description is attorney.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of July, 2008.

Herbert L. Fenster

STATE OF COLORADO )
)ss.
CITY AND COUNTY OF DENVER )

Subscribed and sworn to before me this 21st day of July, 2008, by Herbert L. Fenster.

My commission expires: July 14, 2011

Stacey A. Gustus
Notary Public

STACEY A. GUSTUS NOTARY PUBLIC STATE OF COLORADO

DN:32145805.1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIRECTV GROUP INC.<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | Case No. 04-1414c<br>(Judge Firestone) |

**DECLARATION OF MARK J. MEAGHER**

1. My name is Mark J. Meagher.

2. My business is law.

3. My present employer is McKenna Long & Aldridge LLP.

4. My present occupation or job description is attorney.

5. I have received a copy of the Protective Order issued in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of July, 2008.

Mark J. Meagher

STATE OF COLORADO )
)ss.
CITY AND COUNTY OF DENVER )

Subscribed and sworn to before me this 21st day of July, 2008, by Mark J. Meagher.

My commission expires: July 14, 2011

STACEY A. GUSTUS NOTARY PUBLIC STATE OF COLORADO

Stacey A. Gustus
Notary Public

DN:32145807.1