ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 21 2008
U.S. COURT OF FEDERAL CLAIMS

THE DIRECTV GROUP, INC.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-1414C
Judge Nancy B. Firestone

**RAYTHEON COMPANY'S APPLICATION FOR ADMISSION TO PROTECTIVE ORDER**

Raytheon Company ("Raytheon") respectfully submits this Application for Admission to the Protective Order dated July 18, 2008 in the above-captioned case. On July 18, 2008, the Court entered a Protective Order governing the disclosure of protected documents and/or information produced by Plaintiff or Defendant during the course of litigation. Previously, on June 30, 2008, the Court entered an Order in the above-captioned case stating:

> As discussed during the June 27, 2008 status conference held in Raytheon v. United States, Case No. 05-448C, the attorneys in all of the above-captioned CAS 413 cases shall be granted, upon proper request, access to briefs, expert testimony, and expert depositions that are subject to the protective orders in all of the above-captioned cases.

In this regard, outside counsel for Raytheon, Karen L. Manos and Christyne K. Brennan, seek admission to the Protective Order to obtain access to briefs, expert testimony and expert depositions that are subject to the Protective Order. The Protective Order states that any person, including a person who the Court directs to have access to the documents and information covered by the Protective Order, to whom Confidential Information is disclosed shall execute an

agreement in the form of the confidentiality agreement attached hereto as Exhibit A. Attached as Exhibit A are executed Declarations by Karen L. Manos and Christyne K. Brennan.

Counsel for Raytheon is prepared to comply with the Protective Order entered in this case and respectfully requests that the Court grant the admission of Karen L. Manos and Christyne K. Brennan to the Protective Order dated July 18, 2008.

Respectfully submitted,

Date: July 21, 2008

Karen L. Manos by Christyne K. Brennan

Karen L. Manos
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8536
Facsimile: (202) 530-9533
kmanos@gibsondunn.com

Attorney for
RAYTHEON COMPANY

Of Counsel:

Christyne K. Brennan
GIBSON, DUNN & CRUTCHER LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July 2008, a true and correct copy of the foregoing was sent by electronic mail and first class mail to:

C. Coleman Bird
U. S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

Alexander Frank Wiles
Irell & Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067

Christyne K. Brennan

100487126_1.DOC

# Exhibit A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DIRECTV GROUP, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No: 04-1414C<br>(Judge Firestone) |

**DECLARATION OF**

~~STATE OF ______~~ )
~~COUNTY OF _____~~ ) District of Columbia

1. My name is Karen L. Manos.

2. My business is Law.

3. My present employer is Gibson, Dunn & Crutcher LLP.

4. My present occupation or job description is Attorney.

5. I have received a copy of the Protective Order issues in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 21, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE DIRECTV GROUP, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No: 04-1414C<br>(Judge Firestone) |

**DECLARATION OF**

~~STATE OF ______ )~~
~~COUNTY OF ______ )~~ District of Columbia

1. My name is Christyne K. Brennan

2. My business is Law.

3. My present employer is Gibson, Dunn & Crutcher LLP

4. My present occupation or job description is Attorney.

5. I have received a copy of the Protective Order issues in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 7/21/08 Christyne K. Bren