**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DIRECTV GROUP INC.,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **No. 04-1414C** |
| | ) | **Judge Nancy B. Firestone** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**GENERAL ELECTRIC COMPANY'S APPLICATION FOR ADMISSION TO PROTECTIVE ORDER**

General Electric Company ("GE") respectfully submits this Application for Admission to the Protective Order dated July 18, 2008 in the above-captioned case. On June 30, 2008, this Court entered the following Order in the above-captioned case:

> As discussed during the June 27, 2008 status conference held in Raytheon v. United States, Case No. 05-448C, the attorneys in all of the above-captioned CAS 413 cases shall be granted, upon proper request, access to briefs, expert testimony, and expert depositions that are subject to the protective orders in all of the above-captioned cases.

General Electric Company v. U.S., No. 99-172C, is covered by the June 30, 2008 Order. Accordingly, counsel for GE, Richard D. Bernstein, Howard Stanislawski, Alan C. Brown, Marianne Dobelbower, Montgomery E. Engel, Malvika Malhotra, Kate O. O'Leary and Jerry Wald, seek admission to the Protective Order to obtain access to past and future briefs, expert testimony and expert reports subject to the Protective Order. Ms. Dobelbower, Mr. Engel and Ms. Malhotra are Mr. Bernstein's colleagues at Willkie Farr & Gallagher. Ms. O'Leary is Senior Counsel, Litigation and Legal Policy, for GE. Mr. Wald is Pension Counsel for GE. Ms. O'Leary and Mr. Wald play a critical role in the GE litigation.

The July 18, 2008 Protective Order states that any person seeking access to confidential materials must execute the confidentiality agreement attached thereto as Exhibit A. Therefore, attached hereto are confidentiality agreements signed by counsel seeking admission to the Protective Order. GE respectfully requests that the Court grant the admission of Richard D. Bernstein, Howard Stanislawski, Alan C. Brown, Montgomery E. Engel, Marianne Dobelbower, Malvika Malhotra, Kate O. O'Leary and Jerry Wald to the Protective Order.

August 7, 2008

Respectfully submitted,

Richard D. Bernstein
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006
Tel: (202) 303-1108
Fax: (202) 303-2000
rbernstein@willkie.com

Attorney of Record for General Electric Company

Of Counsel:
Howard Stanislawski
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8566
Fax: (202) 736-8711

Alan C. Brown
ENTERPRISE BUSINESS LAW GROUP LLC
8405 Greensboro Drive, Suite 210
McLean, VA 22102
Tel: (703) 584-3255
Fax: (703) 848-833

**CERTIFICATE OF SERVICE**

On August 7, 2008, I caused the foregoing "General Electric Company's Application for Admission to Protective Order" to be served via electronic mail (in .pdf format) and first class mail on:

C. Coleman Bird, Esq.
Senior Trial Counsel
United States Department of Justice
Commercial Litigation Branch/Civil Division
1100 L Street, N.W.
Washington, D.C. 20004
Coleman.Bird@usdoj.gov
Tel: 202-307-0453
Fax: 202-514-7965

Alexander F. Wiles
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: 310-277-1010
Fax: 310-203-7199 (fax)

Richard D. Bernstein