IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE DIRECTV GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | No: 04-1414C<br>(Judge Firestone) |

**DECLARATION OF** RICHARD D. BERNSTEIN

STATE OF DISTRICT OF COLUMBIA )
COUNTY OF ______ )

1. My name is RICHARD D. BERNSTEIN.

2. My business is Practice of Law.

3. My present employer is WILLKIE FARR & GALLAGHER LLP

4. My present occupation or job description is Partner.

5. I have received a copy of the Protective Order issues in connection with the above-captioned matter.

6. I have carefully read and understand the provisions of the Protective Order.

7. I will comply with all of the provisions of the Protective Order.

8. I will hold all protected documents and information and any duplicates, notes, abstracts or summaries thereof in confidence, will not disclose such documents or information to

anyone not specifically entitled to access under the Protective Order, and will use the documents and information solely for purposes of this litigation, except as provided by the Protective Order.

9. At the conclusion of this litigation, I will return all originals of all protected documents and information and any duplicates, notes, abstracts or summaries thereof, whether prepared by me or anyone else, to counsel for the party by whom I am employed or retained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: **August 7, 2008**