# In the United States Court of Federal Claims

**No. 04-1414C**
**(Filed: September 3, 2008)**

* * * * * * * * * * * * * * * * *
*
**DIRECTV GROUP INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the government's motion, filed August 14, 2008 for an order amending the July 18, 2008 protective order in the above-captioned case. After consideration of the parties' briefs, the government's motion is **DENIED**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge